1  CHARLES PARKIN, City Attorney
   MATTHEW M. PETERS, Deputy City Attorney
2  State Bar No. 306959
   333 West Ocean Boulevard, 11th Floor
3  Long Beach, California 90802-4664
   Telephone:  (562) 570-2200
4  Facsimile:   (562) 436-1579
   E-mail:  matthew.peters@longbeach.gov
5
   *Attorneys for Defendants*
6      *CITY OF LONG BEACH, et al.*

7

8  KATHERINE R. COHAN, ESQ.
   COHAN FIRM BH
9  9454 Wilshire Blvd., Suite PH
   Beverly Hills, CA 90212
10 Telephone: 310.380.6730
   Facsimile: 310.777.7531
11 Email: cohanfirmbh@gmail.com

12 *Attorneys for Plaintiffs,*
       *ASHLEIGH SOLA, et al.*

13

14                  **UNITED STATES DISTRICT COURT**

15                  **CENTRAL DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| ASHLEIGH SOLA, an individual; THOMAS RAMIREZ, an individual; GERARDO LOPEZ JR., an individual; SOPHIA LOPEZ, an individual; ISABELLA BARCENAS, an individual; KELVIN GRANT, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LONG BEACH, a California municipal corporation; LONG BEACH POLICE DEPARTMENT INCLUDING ALL INVOLVED SERGEANT/OFFICER OF ARMS DOES 1-50; ALL INVOLVED LONG BEACH POLICE DEPARTMENT OFFICERS DOES 1-100;CITY OF LONG BEACH, a California municipal corporation; INCLUDING ALL INVOLVED CITY OF LONG BEACH EMPLOYEES 100; AND DOES 1-100 Inclusive,<br><br>Defendants. | Case No.: 2:16-cv-09157-SVW-E<br><br>Hon. Patrick J. Walsh<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Trial Date: April 22, 2019 |

1

**JOINT NOTICE OF SETTLEMENT**

1 | The parties, plaintiffs, ASHLEIGH SOLA, THOMAS RAMIREZ,
2 | GERARDO LOPEZ JR., SOPHIA LOPEZ, KELVIN GRANT, and defendants,
3 | CITY OF LONG BEACH, MIKE PARCELLS, JOSE RIOS, ROBERT CRUZ,
4 | DARREN LANCE, ALBERTO LEON, ERNESTO PEREZ, JUAN ORTIZ-
5 | FERRER, HUMBERTO REYES-SUAREZ, and DAVID CORCORAN through
6 | counsel, hereby give notice under Local Rule 40-2 that the parties have reached a
7 | settlement of the entire case.
8 |     Once settlement documents have been executed and the settlement check
9 | tendered, a process expected to be completed within 45 days, the parties will file a
10 | stipulation to dismiss the entire case, with prejudice, under Fed.R.Civ.P. 41(a) and
11 | request that the Court retain jurisdiction to enforce the settlement.
12 | / / /
13 | / / /
14 | / / /

2

**JOINT NOTICE OF SETTLEMENT**

Based on the foregoing, the parties request the Court to vacate the April 22, 2019, trial date, as well as all other currently scheduled pretrial dates and deadlines.

2/22/2019

DATED: February ___, 2019

Katherine R. Cohan, Esq.
COHAN FIRM BH

By: _____
    KATHERINE COHAN, ESQ.
Attorneys for Plaintiffs
ASHLEIGH SOLA, THOMAS RAMIREZ, GERARDO LOPEZ, JR., SOPHIA LOPEZ, AND KELVIN GRANT

DATED: February 22, 2019

CHARLES PARKIN, City Attorney

By: */s/ MATTHEW M. PETERS*
    MATTHEW M. PETERS
    Deputy City Attorney
Attorneys for Defendants
CITY OF LONG BEACH, MIKE PARCELLS, JOSE RIOS, ROBERT CRUZ, DARREN LANCE, ALBERTO LEON, ERNESTO PEREZ, JUAN ORTIZ-FERRER, HUMBERTO REYES-SUAREZ, and DAVID CORCORAN

3

**JOINT NOTICE OF SETTLEMENT**